**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RALPH A. JOHNSON,
    Plaintiff,

vs.                                  Case No. 3:04cv424/MCR/EMT

DR. ALBERT YU,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 9, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Defendant's motion for summary judgment (Doc. 46) is **GRANTED**.

    3.  The clerk is directed to enter judgment accordingly and close the file.

    **DONE AND ORDERED** this 11th day of September, 2006.

                                                          *s/ M. Casey Rodgers*
                                                          **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**